## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA          :

          **v.**          :          **Case No:**

**K'SHON CRAWLEY**          :          **JUDGE**
  aka "KK"

                               **18 U.S.C. § 922(g)(1)**
                               **18 U.S.C. § 924(a)**

                             **I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

*Handwritten: FILED RICHARD W. NAGEL CLERK OF COURT 2021 NOV 30 PM 12:07 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS*

*Handwritten: 2:21-CR-234 Watson*

### COUNT 1
### (Felon in Possession of a Firearm)

On or about November 10, 2021, in the Southern District of Ohio, the defendant,

**K'SHON CRAWLEY**, knowing at that time that he had been previously convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly possess, in or

affecting interstate commerce, a firearm, specifically, a Glock 17, 9mm pistol bearing serial

number BLRZ012 and ammunition.

In violation of 18 U.S.C. §§922(g)(1) and 924(a).

                                 **A TRUE BILL.**

                                 *s/ foreperson*
                                 **FOREPERSON**

**KENNETH L. PARKER**
**United States Attorney**

*signature*

**KEVIN W. KELLEY**
**Assistant U.S. Attorney**